ORDERED.

Dated: February 06, 2020

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:
**CHRISTOPHER CHARLES SHAPIRO**         Case No. 8:19-bk-10090-CPM
                                        Chapter 13

       Debtor.
_____/

**ORDER GRANTING DEBTOR'S VERIFIED MOTION TO AVOID LIEN OF
HSBC BANK NEVADA, N.A. AS SUCCESSOR IN INTEREST TO DIRECT
MERCHANTS CREDIT CARD BANK, N.A., A CORPORATION
<u>ON EXEMPT PROPERTY (Doc. No.: 16)</u>**

THIS CASE came on for consideration without a hearing on the Motion to Avoid Judicial Lien of HSBC BANK NEVADA, N.A., as successor in interest to Direct Merchants Credit Card Bank, N.A filed by the Debtor (Doc. No. 16), hereinafter ("Motion") filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems this Motion to be uncontested. Accordingly, it is

    **ORDERED**:

1. Debtor's Motion to Avoid Lien of HSBC BANK NEVADA, N.A., as successor in interest to Direct Merchants Credit Card Bank, N.A on

    Exempt Property is **GRANTED**.

2. The judicial lien of HSBC BANK NEVADA, N.A., as successor in interest to Direct Merchants Credit Card Bank, N.A on Exempt Property recorded on or about October 25, 2010, at Official Record Book 17067, Page 318, Instrument Number: 2010300338, impairs the Debtor's personal property 2005 Nissan Titan, Vin No.: 1N6BA06BX5N532832; 2013 Toyota Prius Vin No.: JTDKN3DU3D1684678; 2015 Infinit Q60 Vin No.:JN1CV6FEXFM810261; 2004 Harley VROD Vin No.: 1HD1HAZ184K800195; 2010 Sunset Creek 30' Vin No.: 4UBAS0R28A1Y83063; along with 12x6 utility trailer, Household Goods and Furnishings, Electronics, guns, clothing, shoes, wedding ring and a dog **is hereby avoided pursuant to 11 U.S.C. § 522(f).**

3. Unless Debtor's bankruptcy case is dismissed, the Lien is hereby extinguished and will not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

Maria Boudreaux, Debtor's attorney, is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days.